# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BETTY KIM, an individual, <br><br>    Plaintiff, <br><br> vs. <br><br> JAGUAR LAND ROVER NORTH AMERICA, LLC, A Delaware Limited Liability Company and Does 1 TO 50, <br><br>    Defendants. | **CASE NO: CV11-6324 JAK (FFMx)** <br><br> (Removed from Los Angeles County Superior Court – Case No. BC464249) <br><br> **Assigned:** John A. Kronstadt <br> **Courtroom:** 750 <br><br> **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Action Filed: August 1, 2011 <br> Trial Date: July 10, 2012 <br> Motion Cutoff: June 11, 2012 <br> Discovery Cutoff: March 14, 2012 |

The Court, having reviewed the parties' Stipulation of Dismissal with Prejudice and good cause appearing, orders that this matter be, and is hereby, dismissed with prejudice.

IT IS SO ORDERED.

_____
Hon. John A. Kronstadt
Judge of the United States District Court

1594440-WE

1